UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THERESA FAUST,

    Plaintiff,

                                         Case No.: 1:16-cv-287

v.

                                         HONORABLE PAUL L. MALONEY

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

        The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody in this action (ECF No. 29). The Report and Recommendation was duly served on the parties. No objections have been filed.

        ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

        **THEREFORE, IT IS ORDERED** that plaintiff's complaint is DISMISSED for the reasons stated in the Report and Recommendation.

Dated: October 13, 2016                              /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                               United States District Judge