UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THERESA FAUST,

       Plaintiff,

                                        Case No.: 1:16-cv-287

v.

                                        HONORABLE PAUL L. MALONEY

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

                                    /

## **JUDGMENT**

     Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered.

Dated:  October 13, 2016                       /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                United States District Judge